# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 4, 2013

_____

## DOCKET CORRECTION NOTICE
_____

No. 13-4573,    US v. Calvin Mitchell
                5:12-cr-00270-BO-1

TO:    William Andrew LeLiever

TRANSCRIPT ORDERS DUE:  September 5, 2013

Please make the corrections identified below and file corrected transcript order(s) and corresponding CJA 24 form(s) by the due date indicated using the **Transcript Order form** entry.

---

[x] Please identify the correct court reporter and file corrected transcript order form with any required CJA 24 form attached.

---

[x] Please file corrected forms, using separate transcript order form and separate CJA 24 form (if required) for each court reporter.

---

[x] Please file corrected transcript order form and CJA 24 form, identifying specific proceedings on each form.

You must complete a separate transcript purchase order and a separate CJA 24 form for each court reporter from whom you wish to order transcript.  Each transcript purchase order must note the name of the specific court reporter and should only list the hearings recorded by that court reporter.  The CJA 24 form must reflect the correct payee.  We note that the district court docket sheet reflects that the only hearing recorded by court reporter Harry Hagopian was held on 10/22/2012 (a date not included on the the instant forms).  In addition, although the instant transcript purchase order reflects that appellant is seeking to order transcript of proceedings held 02/25/2013-02/28/2013, the district court docket sheet reflects no hearings on either 02/27/2013 or 02/28/2013.  Please review the district court docket sheet

thoroughly prior to ordering transcript for this appeal.  Should you have any questions concerning this matter, please do not hesitate to contact the undersigned.

Michael Radday, Deputy Clerk
804-916-2702