UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 11, 2013

_____

RULE 46 NOTICE
DOCKETING FORMS

_____

No. 13-4573,     US v. Calvin Mitchell
                 5:12-cr-00270-BO-1

TO:     William Andrew LeLiever

**FORMS DUE:** 09/26/2013

The court has not received the form(s) checked below, which it previously directed be filed (see 08/07/2013 docketing notice, 08/28/2013 docketing forms follow up notice, and 09/04/2013 docket correction notice). Please take notice that counsel's continued noncompliance with this court's filing requirements will be subject to referral to the Standing Panel on Attorney Discipline pursuant to Local Rule 46(g) unless the required form(s) are received in the clerk's office within 15 days of the date of this notice. The forms are available for completion as links from this notice and at the court's web site, www.ca4.uscourts.gov.

[ ] **Docketing statement** required

[ ] **Disclosure of corporate affiliations** required

[ ] **Appearance of counsel** required (efiler status required)

[x] **Transcript order form** required

[x] **CJA 24 authorization for transcript** required


Michael Radday, Deputy Clerk
804-916-2702