# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 10, 2015

_____

RULE 46 NOTICE
CERTIORARI STATUS FORM

_____

No. 13-4573,   US v. Calvin Mitchell
                5:12-cr-00270-BO-1

TO:   William Andrew LeLiever

**FORM DUE:** 02/17/2015

The court has not received your **Certiorari Status Form** (form available at this link). Please complete and file the form within seven days of this notice. Failure to file will lead to referral of the default to the Standing Panel on Attorney Discipline under Local Rule 46(g).

Lisa McFarland, Deputy Clerk
804-916-2744